**David BURNET, Commissioner, etc., Petitioner, v. Charles M. HOWELL, Administrator, etc.**
**No. 9508.**

Circuit Court of Appeals, Eighth Circuit.
April 22, 1932.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Charles M. Howell, of Kansas City, Mo., for respondent.

1054

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.